

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,141-01

### EX PARTE EVER RICARDO MARTINEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W366-84380-2019-HC IN THE 366TH DISTRICT COURT
### FROM COLLIN COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of continuous sexual abuse of a child and sentenced to forty-five years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* Tex. Code Crim. Proc. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel failed to timely file a notice of appeal. The trial court has found that Applicant was denied his right to appeal through no fault of his own. This finding is supported by the record, which shows that trial counsel failed to file an appeal on Applicant's behalf, despite Applicant expressly requesting them to do so.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his conviction

in cause number 366-84380-2019 from the 366th District Court of Collin County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 3, 2021

Do not publish